IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WALTER BRIAN FIELDS**                                                       **PLAINTIFF**

v.                      **NO. 4:15-CV-49 JLH/BD**

**CORPORAL BROWN, et al.**                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, without prejudice.

IT IS SO ORDERED this 19th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE